IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAREK LATHAN,

    Petitioner,

v.

WARDEN E. EMMERICH,

    Respondent.

ORDER

Case No. 24-cv-133-wmc

Petitioner Darek Lathan seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 26, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 4, 2023 through the date of the petition, March 4, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Darek Lathan may have until March 26, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 26, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 5th day of March, 2024

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge